# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Andres HERNANDEZ-Hernandez,<br><br>Defendant. | Case No.: **21-MJ-2979**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Sec. 111(a)(1) –<br>Assaulting, resisting, or impeding<br>certain officers or employees (Felony) |

The undersigned complainant being duly sworn states:

On or about July, 25, 2021, within the Southern District of California, defendant Andres HERNANDEZ-Hernandez, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, or interfere with a person named in Title 18, United States Code, Section 111, to wit United States Customs and Border Protection Officer (CBPO) P. Villarico, in that defendant pushed and punched CBPO P. Villarico while he was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Matthew Guidera
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th of July 2021.

_____
HON. MICHAEL S. BERG
U.S. MAGISTRATE JUDGE

# **STATEMENT OF FACTS**

On July 25, 2021, at approximately 3:20 PM, Andres HERNANDEZ-Hernandez, ("HERNANDEZ"), a citizen of Mexico, attempted to enter into the United States from Mexico through the San Ysidro Port of Entry pedestrian lanes.

A Customs and Border Protection Officer (CBPO) P. Villarico was approached at the international limit line by HERNANDEZ. HERNANDEZ attempted to get past P. Villarico. HERNANDEZ charged and pushed P. Villarico causing him- to step backwards. When P. Villarico pushed HERNANDEZ back to create distance, HERNANDEZ charged P. Villarico with clenched fists and swung his arms and hands against P. Villarico on his upper body. HERNANDEZ then wrapped his arms around P. Villarico's upper body. As P. Villarico and HERNANDEZ struggled, HERNANDEZ brought his hands down and put one hand on P. Villarico's gun and holster. HERNANDEZ was then taken down to the ground. At that point other CBPOs arrived to assist. From the ground HERNANDEZ had his arms clenched around the upper body of P. Villarico and the other CBPOs were required to pry his arms and hands loose. At that point HERNANDEZ was forcibly put into handcuffs while continuing to resist from the ground.

HERNANDEZ was searched and placed under arrest at approximately 3:28 PM.

1

HERNANDEZ was arrested and charged with a violation of Title 18, U.S.C., Sec. 111(a)(1) – Assaulting, resisting, or impeding certain officers or employees (Felony).